## Commonwealth *v.* Mitchell, Appellant.

Argued April 19, 1944. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and HUGHES, JJ.

*Angelo L. Scaricamazza,* with him *Thomas J. Minnick, Jr.,* for appellant.

*Franklin E. Barr,* Assistant District Attorney, with him *John H. Maurer,* District Attorney, for appellee.

PER CURIAM, May 22, 1944:

The judgment is affirmed on the opinion of Judge BALDRIGE of the Superior Court.